## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

CHRISTINE ANITA COLLINS,

      Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,

      Plaintiff-Appellee.

**MOTION FOR EXTENSION OF TIME TO FILE CIRCUIT RULE 3(C) DOCKETING STATEMENT**

**CASE NO. 26-2229**

COMES Petitioner-Appellant, CHRISTINE ANITA COLLINS ("Collins"), appearing *pro se,* and in support of this motion would show as follows:

Collins respectfully requests for a fifteen (15) day extension to file Docketing Statement for the following reasons:

1.    Collins is filing *pro se.*

2.    On June 8, 2026, the United States Court of Appeals for the Seventh Circuit ("Seventh Circuit") issued a Notice of Case Opening, ordering Collins to file a Docketing Statement, due on June 15, 2026.

3.    On June 24, 2026, the Seventh Circuit issued an Order, directing Collins to file the overdue Docketing Statement within 14 days from the date of this Rule to Show Cause. Docketing statement response due for Appellant CHRISTINE ANITA COLLINS by July 8, 2026.

4.    Collins respectfully requests a brief extension of time to complete the appellant's brief. Additional time is necessary to review the

1

record, conduct legal research, and prepare a complete and accurate brief.

5. There will be no prejudice to Petitioner-Appellant in granting this request for extension of time to file Docketing Statement.

6. This motion is made in good faith, and not merely for purposes of delay.

WHEREFORE, Collins prays that this motion be, in all things granted and that the Court grant a 15-day extension of time to file Circuit Rule 3(c) Docketing Statement.

Respectfully submitted,

Dated: July 14, 2026

*Christine A. Collins*

CHRISTINE ANITA COLLINS
REG. NO. 54807-074
FCI GREENVILLE
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
GREENVILLE, IL 62246
Appearing *Pro Se*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2026, a true and correct copy of the above and foregoing Motion for Extension of Time to File Circuit Rule 3(c) Docketing Statement was sent via U. S. Mail, postage prepaid, to William J. Lynch, Assistant U. S. Attorney at U.S. Attorney's Office, 201 South Vine, Urbana, IL 61802.

CHRISTINE ANITA COLLINS