**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

CHRISTINE ANITA COLLINS,

Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,

Plaintiff-Appellee.

**CIRCUIT RULE 3(C) DOCKETING STATEMENT**

**CASE NO. 26-2229**
**CR NO. 2:19-cr-20072-CSB-EIL-2**

COMES Petitioner-Appellant, CHRISTINE ANITA COLLINS ("Collins"), appearing *pro se,* respectfully submits this Docketing Statement pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit would show as follows:

## I. DISTRICT COURT JURISDICTION

The United States District Court for the Central District of Illinois ("District Court") had jurisdiction over the subject matter of this action pursuant to 18 U.S.C. § 3231.

## II. APPELLATE COURT JURISDICTION

18 U.S.C. § 3742(a) and 28 U.S.C. § 1291 confer jurisdiction over this appeal on the United States Court of Appeals for the Seventh Circuit. The final Judgment

was entered by the District Court on May 28, 2026 by the Honorable Judge Colin Stirling Bruce. Collins' Notice of Appeal was filed with the District Court on June 8, 2026.

Respectfully submitted,

Dated: July 14, 2026

Christine A. Collins

CHRISTINE ANITA COLLINS
REG. NO. 54807-074
FCI GREENVILLE
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
GREENVILLE, IL 62246
Appearing *Pro Se*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2026, a true and correct copy of the above and foregoing Circuit Rule 3(c) Docketing Statement was sent via U. S. Mail, postage prepaid, to William J. Lynch, Assistant U. S. Attorney at U.S. Attorney's Office, 201 South Vine, Urbana, IL 61802.

Christine A. Collins

CHRISTINE ANITA COLLINS